# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VHE (HK) LTD., | Case No. 2:18-cv-00170-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |
| JUSTINA YU and JY SQUARED, LLC, | |
| Defendants. | |

In light of plaintiff VHE (HK) Ltd.'s response to the order to show cause (ECF No. 12),

IT IS ORDERED that the order to show cause (ECF No. 4) is deemed satisfied and I will not dismiss for lack of subject matter jurisdiction at this time. However, it remains plaintiff VHE (HK) Ltd.'s obligation to prove subject matter jurisdiction exists beyond mere "information and belief."

DATED this 22nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE