Tyson E. Hafen (SBN 13139)
Evangelos Michailidis (*Pro Hac Vice*)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2655
Facsimile: 702.993.0722
Email: tehafen@duanemorris.com
emichailidis@duanemorris.com

Attorneys for Plaintiff
VHE (HK) Ltd.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VHE (HK) LTD., a private limited company organized under the laws of Hong Kong,<br><br>Plaintiff,<br><br>v.<br><br>JUSTINA YU, an individual, and JY SQUARED, LLC, a limited liability company incorporated in Nevada,<br><br>Defendants. | Case No.: 2:18-cv-00170-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF DEFAULT JUDGMENT** |

It is hereby stipulated and agreed, by and between plaintiff VHE (HK) LTD. ("Plaintiff"), by and through its attorneys DUANE MORRIS LLP, and defendant JY SQUARED, LLC ("JY Squared"), by and through its attorneys, THE LAW OFFICE OF MICHAEL RHODES, PLLC, that default judgment be entered against JY Squared as to the entirety of the claim for breach of contract asserted by Plaintiff in the complaint (ECF No. 1).

///

Specifically, JY Squared hereby consents and authorizes the entry of default judgment against it in favor of Plaintiff for: **$2,526,993.13 plus interest accruing at the legal rate from the date of entry of judgment.** JY Squared waives any and all defenses, whether by agreement or by law, to the entry of this default judgment.

_____
JY SQUARED, LLC

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

Subscribed and sworn to (or affirmed) before me on /Nov 7/, 2018 by JUSTINE YU.

**MICHAEL RHODES**
Notary Public, State of Nevada
Appointment No. 13-10618-1
My Appt. Expires April 22, 2021

_____
NOTARY PUBLIC in and for the State of Nevada

**DUANE MORRIS LLP**

By: /s/ _____
Tyson E. Hafen (SBN 13139)
Evangelos Michailidis (*Pro Hac Vice*)

Attorneys for Plaintiff

**LAW OFFICE OF MICHAEL RHODES, PLLC**

By: /s/ _____
Michael Rhodes (SBN 11696)

Attorney for Defendants

## ORDER

Pursuant to the foregoing stipulation for entry of default judgment, it is hereby ordered that default judgment be entered against Defendant JY SQUARED, LLC in favor of Plaintiff VHE (HK) LTD for **$2,526,993.13 plus interest accruing at the legal rate from the date of entry of judgment.**

Accordingly, it is further ordered that the above-entitled matter be dismissed as to JY Squared.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE
Dated: December 3, 2018.