# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VHE (HK), LTD., | Case No.: 2:18-cv-00170-APG-NJK |
|     Plaintiff | **Order for Status Report** |
| v. | |
| JUSTINA YU, et al., | |
|     Defendants | |

IT IS ORDERED that on or before April 30, 2019, the parties shall file a status report regarding the claims against the only remaining defendant in this case, Justina Yu, who filed a petition for bankruptcy in October 19, 2018. ECF No. 35.

DATED this 11th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE