UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VHE (HK), LTD.,<br><br>　　　　Plaintiff<br><br>v.<br><br>JUSTIN YU and JY SQUARED, LLC,<br><br>　　　　Defendants | Case No.: 2:18-cv-00170-APG-NJK<br><br>**Order Staying Case and Setting Schedule for Period Status Reports** |

In light of plaintiff VHE (HK), Ltd.'s status report (ECF No. 39),

IT IS ORDERED that this action is STAYED pending resolution of defendant Justina Yu's bankruptcy proceeding.

IT IS FURTHER ORDERED that the parties shall file a status report on or before October 25, 2019, and every six months thereafter until the bankruptcy proceeding is resolved.

DATED this 1st day of May, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE