# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VHE (HK), LTD., | Case No.: 2:18-cv-00170-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| JUSTIN YU and JY SQUARED, LLC, | |
| Defendants | |

On May 2, 2019, I stayed this action pending resolution of defendant Justina Yu's bankruptcy proceeding. ECF No. 40. I also ordered the parties to file a status report by October 25, 2019, and every six months thereafter until the bankruptcy proceeding is resolved. *Id.* The parties have not filed a status report as ordered.

I ORDER the parties to file a status report by November 8, 2019.

DATED this 31st day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE