# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VHE (HK), LTD., | Case No.: 2:18-cv-00170-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| JUSTINA YU and JY SQUARED, LLC, | |
| Defendants | |

In light of plaintiff VHE (HK) Ltd.'s response to my December 3, 2019 order (ECF No. 46),

I ORDER that this action is DISMISSED without prejudice to the plaintiff pursuing its proof of claim in the bankruptcy proceeding. The clerk of court is instructed to close this case.

DATED this 16th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE